NO. 01-14-00697,98CB

in the Court of
Austin, Texas

PD-0934&0935-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 24 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

JUL 24 2015

Abel Acosta, Clerk

# DAVID SENDEJO

V

# THE STATE OF TEXAS

From Appeal No. 01-14-00697,98-CB
Trial Cause No. 1408625,626
HARRIS COUNTY, TEXAS

## First Motion For Extension of Time to File Petion For Discretionary Review

To The Honorable JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes Now DAVID SENDEJO, Petition, And Files this Motion for an extension of sixty (60) days in which to File A Petition For Discretionary Review, In support of this Motion, Appellant shows the court the following:

## I.

The Petitioner was convicted in the 262nd District Court of Harris County, Texas of the offense of Aggravated Assault in Cause No. 1408625,626 Styled State of Texas vs. DAVID SENDEJO. The Petitioner Appealed to the Court of Appeals, First Supreme Judicial District. The case was affirmed on June 18, 2015.

## II.

The present deadline for filing the Petition for Discretionary Review is July 18, 2015. The Petition has not requested any extension prior to this request.

## III.

Petitioner's request for an extension is based upon the following facts: Petitioner was not informed of the decision of the Court of Appeals in affirming his case until June 18, 2015. Since that time Petitioner has been attempting to gain legal representation in this matter. His Attorney on the Appeal, THOMAS J LEWIS, has informed Petitioner that he will not represent him on the Petition for Discretionary Review.

WHEREFORE, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in Case No. 01-14-00697-98-CR to September 18, 2015

DAVID SENDEJO
Petitioner, pro se
Texas Department of Criminal Justice
French Robertson Unit
TDCJ-ID # 1947386
Abilene, Texas 79601

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing First Motion for Extension of Time to File a Petition for Discretionary Review, has been forwarded by U.S. Mail, postage prepaid, first class, to the Attorney for State, Prosecutor P.O.

Box 12405, Austin, Texas 78711 on this the 17th day of July _____, 20 15 ; And also to the Attorney for Respondent.

    I, DAVID SENDEJO, T.D.C.J. #1947386 being presently incarcerated in the French Robertson Unit of the Texas Department of Criminal Justice in Jones _____ County, Texas verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this the 17th day of July _____, 2015.

DAVID SENDEJO
T.D.C.J. #1947386